Submitted April 24, reversed and remanded June 3, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GARY HOWARD SWEETIN,
*Defendant-Appellant.*

Douglas County Circuit Court
18CR03941; A168220

464 P3d 170

Ann Marie Simmons, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Reversed and remanded. *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020).